UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HOWARD WATKINS,

Petitioner,

v.

KEVIN HIXSON,

Respondent.

No. 2:22-cv-1158 WBS CKD P

ORDER

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 44) are adopted in full;
2. The judgment entered July 21, 2025, is VACATED;
3. Petitioner's motion for leave to amend (ECF No. 40) is DENIED;
4. The Clerk of the Court is directed to re-enter judgment and close the case; and
5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: September 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE